U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| V J COMPOUNDING CORPORATION, d/b/a L. CARLTON MERTZ, CO., an Illinois corporation<br>v.<br>SENECA INSURANCE COMPANY, INC., a subsidiary of SENECA INSURANCE GROUP, INC., a Delaware corporation | FILED: MARCH 25, 2008<br>08CV1738    PH<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

V J COMPOUNDING CORPORATION, d/b/a L. CARLTON MERTZ, CO., an Illinois corporation

| NAME (Type or print) |
|---|
| Alexander Terras |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alexander Terras |

| FIRM |
|---|
| Reed Smith LLP |

| STREET ADDRESS |
|---|
| 10 South Wacker Drive, Suite 4000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2810700 | (312) 207-1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐