AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

V J COMPOUNDING CORPORATION, d/b/a
L. CARLTON MERTZ, CO., an Illinois
corporation,

V.

SENECA INSURANCE COMPANY, INC., a
subsidiary of SENECA INSURANCE GROUP,
INC., a Delaware corporation,

CASE NUMBER: 08CV1738

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Seneca Insurance Company, Inc.
c/o The Company Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy S. Harris, Reed Smith LLP, 10 South Wacker Drive, Suite 4000, Chicago, Illinois
60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ signature
(By) DEPUTY CLERK

March 26, 2008
Date



**CORPORATION SERVICE COMPANY®**

SUT
Transmittal Number: 5710324

# Return of Service of Process

**Return to Sender Information:**

Timothy S. Harris
Reed Smith LLP
10 South Wacker Drive
Suite 4000
Chicago, IL 60606

| | |
|---|---|
| **Date:** | 04/10/2008 |
| **Entity:** | Seneca Insurance Company, Inc. |
| **Title of Action:** | V J Compounding Corporation vs. Seneca Insurance Company, Inc. |
| **Court:** | United States District Court, Northern District, Illinois |
| **Case Number:** | 1:08-cv-01738 |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

The company against whom service is directed has been revoked in this State. Accordingly, our authority as the registered agent has terminated.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com