AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*ALiAS*    SUMMONS IN A CIVIL CASE

VJ Compounding Corporation, d/b/a
L. Carlton Mertz, Co., an Illinois Corporation

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 1738 |
| ASSIGNED JUDGE: | Judge  Matthew Kennelly |
| DESIGNATED MAGISTRATE JUDGE: | Magistrate Judge Susan Cox |

V.

Seneca Insurance Company, Inc. a subsidiary of
Seneca Insurance Group, Inc. a Delaware Corporaion

TO: (Name and address of Defendant)

Seneca Insurance Company, Inc.
c/o David Hausen, Vice President
Civic Opera Building
20 N. Wacker Drive
Suite 1000
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy S. Harris, Reed Smith LLP, 10 South Wacker Drive, Suite 4000, Chicago Illinois
60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

APR 1 4 2008
_____
DATE

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1738 | **DATE** | 4/7/2008 |
| **CASE TITLE** | V J Compounding Corporation vs. Seneca Insurance Company, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **Wednesday, May 28, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | DS |

08C1738 V J Compounding Corporation vs. Seneca Insurance Company, Inc.                                   Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 CV 1738**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( **X** ) Other: **Order**

1.     (   ) By leaving a copy with the named party, ------- personally on -------.

2.     (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.     ( **X** ) On the within party, **Seneca Insurance Company, Inc. c/o David Hausen, Vice President** by leaving a copy with **Laurieann Perkins, Office Manager and Authorized Person**, on **April 14, 2008**, and informed that person of the contents thereof.

4.     ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **50**

5.     ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **20 N. Wacker Dr., Suite 1000, Chicago, IL 60606**
TIME OF DAY: **4:13 PM**

6.     (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **15**th day of **April 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11