**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV 1738 |
|---|---|

VJ Compounding Corporation, d/b/a L. Carlton Mertz, Co., an Illinois Corporation, Plaintiff,

v.

Seneca Insurance Company, Inc., a subsidiary of Seneca Insurance Group, Inc., a Delaware Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Seneca Insurance Company, Inc.

| NAME (Type or print) |
|---|
| Jamie L. Filipovic |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jamie L. Filipovic |

| FIRM |
|---|
| O'Hagan Spencer LLC |

| STREET ADDRESS |
|---|
| One E. Wacker Drive, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278943 | 312-422-6134 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐