20021-JJO                                                                                              Case No. 08 CV 1738

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VJ COMPOUNDING CORPORATION, d/b/a L. CARLTON MERTZ, CO., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  08 CV 1738 |
| v. | ) ) | Judge Matthew Kennelly |
| SENECA INSURANCE COMPANY, INC. a subsidiary of SENECA INSURANCE GROUP, INC. a Delaware Corporation, | ) ) ) ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Timothy S. Harris, Reed Smith LLP, 10 S. Wacker Dr., Ste. 4000, Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 30th day of May, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew Kennelly at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2103, Chicago, Illinois and then and there present, **Defendants' Motion for Leave to Amend Affirmative Defenses**, a copy of which is hereby served upon you.

s/      James J. O'Hagan                .
James J. O'Hagan (ARDC No. 2094754)
O'Hagan Spencer, LLC
One E. Wacker Drive
Suite 3400
Chicago, Illinois  60601
Telephone: (312) 422-6100
Facsimile:  (312) 422-6110
E-mail: johagan@ohaganspencer.com


ATTORNEYS FOR DEFENDANT
SENECA INSURANCE COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, a copy of foregoing **Notice of Motion, and Defendants' Motion for Leave to Amend Affirmative Defenses,** were filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      Timothy S. Harris
      Reed Smith LLP
      10 S. Wacker Dr.
      Ste. 4000
      Chicago, IL 60606


      s/    James J. O'Hagan    .
      James J. O'Hagan (ARDC No. 2094754)
      O'Hagan Spencer, LLC
      One E. Wacker Drive
      Suite 3400
      Chicago, Illinois 60601
      Telephone: (312) 422-6100
      Facsimile: (312) 422-6110
      E-mail: johagan@ohaganspencer.com


      ATTORNEYS FOR DEFENDANT
      SENECA INSURANCE COMPANY, INC.