UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

VJ Compounding Corporation
               Plaintiff,

v.                                                  Case No.: 1:08−cv−01738
                                                Honorable Matthew F. Kennelly

Seneca Insurance Company, Inc.
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

     MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held and continued to 7/18/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be made by 6/18/2008. The parties are directed to use their best efforts to complete at least the first round of written discovery before the next status conference. Motion hearing held. MOTION by Defendant Seneca Insurance Company, Inc. for leave to file *Amended Affirmative Defenses*[14] is granted subject to pleading the new affirmative defense in conformity with Rule 9(b). Hearing date of 5/30/2008 is vacate.Telephone notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.