20021-JJO                                                                                          Case No. 08 CV 1738

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VJ COMPOUNDING CORPORATION, d/b/a L. CARLTON MERTZ, CO., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  08 CV 1738 |
| v. | ) ) | Judge Matthew Kennelly |
| SENECA INSURANCE COMPANY, INC. a subsidiary of SENECA INSURANCE GROUP, INC. a Delaware Corporation, | ) ) ) ) | Magistrate Judge Susan Cox |
| Defendant. | ) | |

## RE-NOTICE OF MOTION

To:     Timothy S. Harris, Reed Smith LLP, 10 S. Wacker Dr., Ste. 4000, Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 18th day of July, 2008, at 9:00 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew Kennelly at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2103, Chicago, Illinois and then and there present, **Motion for Leave to Withdraw its Answer to Plaintiff's Complaint, Withdraw its Answer to Request to Admit Number 32 and File its Amended Answer to Request to Admit 32, File its Amended Answer to Plaintiff's Complaint and Amended Affirmative Defenses**, a copy of which is hereby served upon you.

                                                                s/       James J. O'Hagan                 .
                                                                James J. O'Hagan (ARDC No. 2094754)
                                                                O'Hagan Spencer, LLC
                                                                One E. Wacker Drive
                                                                Suite 3400
                                                                Chicago, Illinois  60601
                                                                Telephone: (312) 422-6100
                                                                Facsimile:  (312) 422-6110
                                                                E-mail: johagan@ohaganspencer.com


                                                                ATTORNEYS FOR DEFENDANT
                                                                SENECA INSURANCE COMPANY, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2008, a copy of foregoing **Re-Notice of Motion, and Motion** were filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    Timothy S. Harris
    Reed Smith LLP
    10 S. Wacker Dr.
    40th Floor
    Chicago, IL 60606


    s/    James J. O'Hagan    .
    James J. O'Hagan (ARDC No. 2094754)
    O'Hagan Spencer, LLC
    One E. Wacker Drive
    Suite 3400
    Chicago, Illinois  60601
    Telephone: (312) 422-6100
    Facsimile:  (312) 422-6110
    E-mail: johagan@ohaganspencer.com


    ATTORNEYS FOR DEFENDANT
    SENECA INSURANCE COMPANY, INC.