**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

VJ Compounding Corporation
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01738
                                                Honorable Matthew F. Kennelly

Seneca Insurance Company, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing pursuant to Rule 16(b) held. Status hearing continued to 9/4/2008 at 09:00 AM. Parties are directed to complete first round of written discovery before that date. Motion for leave to withdraw answers and responses to request to admit is denied, but motion to amend answer and responses to request to admit is granted. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.