# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

VJ Compounding Corporation

                        Plaintiff,

v.                                            Case No.: 1:08−cv−01738
                                                Honorable Matthew F. Kennelly

Seneca Insurance Company, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held. The parties still have not completed written discovery. Written discovery is to be completed in full by 9/25/2008. Oral fact discovery ordered closed 2/27/2009. Plaintiff is directed to make a settlement demand by 9/29/2008 and defendant is directed to respond by 10/6/2008. Status hearing continued to 10/2/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.